# COLELLA | ZEFUTIE LLC

www.czlaw.com



Anthony J. Laura
116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
P: 609.551.9771
F: 202.920.0894
E: alaura@czlaw.com

*Via ECF*　　　　　　　　　　　　　　　　　　　　May 28, 2025

Hon. Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

> Re: **<u>Sellers v. Sensio, Inc.</u>**
> **Case No. 24-cv-1161 (JGLC)**

Dear Judge Clarke:

Pursuant to Rules 2.a and 2.e of Your Honor's Individual Rules and Practices, we submit this letter motion to extend the deadline for completion of fact and expert discovery and for submission of motions to amend and for summary judgment, and in support thereof, state as follows:

1. (a) The current expiring date for completion of expert and fact discovery is May 28, 2025, and the new date requested is July 14, 2025;

    (b) The current date for submission of motions to amend and for summary judgment is June 27, 2025, and the new date requested is August 11, 2025;

2. This is the second letter motion for an adjournment of the discovery deadlines;

3. The prior letter motion was granted;

4. The reason for the requested adjournment is as follows. When current counsel replaced Sensio's prior counsel, Sensio's document collection was hosted by an e-discovery vendor named Chorus. Chorus precluded Sensio's new counsel from any access to those documents unless and until it received payment of what it claimed to be more than $1 million in alleged charges due and owing for the document collection and hosting. Several months of futile negotiation ensued between Sensio's counsel and Chorus, with Chorus continuing its refusal to allow access to its hosted document collection. Sensio's counsel and plaintiff's counsel agreed that the more than $1 million demanded by Chorus was disproportionate to the needs of this action. To resolve the problem, counsel agreed upon selected search protocols that Sensio's current counsel, using a new e-discovery vendor, endeavored to collect from appropriate custodians at Sensio. That collection yielded approximately 500,000 documents, which over the

course of the ensuing seven weeks Sensio's counsel spent more than 600 hours reviewing. In the interim, it was deemed by counsel to be imprudent for either side to conduct its opposing party depositions until that document production was concluded. That production was finally concluded on a rolling basis over the past two months, and the parties are now in a position to promptly conduct those depositions, after which Sensio would also intend to have its medical and engineering experts conduct their analyses and render their reports.

5. Plaintiff's counsel has indicated that it has no objection to this adjournment request.

6. The parties are next scheduled to appear before the Court on June 10, 2025.

We thank Your Honor for your time and attention to this matter, and respectfully request that this letter motion be granted.

> Respectfully submitted,
> COLELLA ZEFUTIE LLC
>
> By:   s/ *Anthony J. Laura*
>       Anthony J. Laura
>       Alan T. Dickey (*pro hac vice*)
>       Attorneys for Defendant
>       Sensio, Inc.

cc:   All Counsel of Record (via ECF)

Application GRANTED. The Court extends the deadlines as set forth above. The parties' post-discovery status letter, as outlined in Section 3(d) of the Court's Individual Rules and Practices in Civil Cases shall be filed by no later than July 22, 2025. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for June 10, 2025 at 10:00 a.m., is RESCHEDULED for July 29, 2025 at 3:00 p.m., in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 29, 2025
       New York, New York