# COLELLA | ZEFUTIE LLC

www.czlaw.com

John J. Zefutie, Jr.
Office Managing Partner
116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
P: 609.551.9771
F: 202.920.0894
E: jzefutie@czlaw.com

*Via ECF*  September 16, 2025

The Honorable Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: **Sellers v. Sensio, Inc.**
**Docket No. 1:24-cv-01161 (JGLC)**

Dear Judge Clarke:

We are counsel to Defendant Sensio, Inc. ("Sensio") in the above-referenced matter. Sensio respectfully submits this letter, pursuant to Rule 2.e of Your Honor's Individual Rules and Practices, seeking a sixty-day extension of the discovery deadline in this case. We have conferred with Plaintiff's counsel, and he has agreed to the extension we request below.

All discovery has been completed except for a deposition of the Plaintiff, a deposition of Plaintiff's mechanical engineering expert, Dr. David Rondinone, and an expert report of Defendant's mechanical engineering expert, Dr. Robert Giachetti. Dr. Rondinone—who serves as an expert in numerous pressure cooker cases—has limited availability in September to sit for his deposition. Discovery in this matter ends on September 30, 2025. Pursuant to Your Honor's July 29, 2025, minute entry, *Daubert* motions are due October 30, 2025, oppositions are due December 1, 2025, and replies are due December 15, 2025. Thus, we request a brief extension of all these deadlines—by 60 days—to complete this final discovery and prepare the pertinent motions. The parties also anticipate exploring settlement at this time.

As stated above, this is the fourth and, we anticipate, final request for an extension of time in this matter. This Court has granted all prior requests. We thank Your Honor for your time and attention to this matter.

2 | Page

Respectfully submitted,
COLELLA ZEFUTIE LLC

By:     s/ *John J. Zefutie, Jr.*
        John J. Zefutie, Jr.
        Anthony J. Laura
        Attorneys for Defendant
        Sensio, Inc.

cc:     All Counsel of Record (via ECF)

Application GRANTED. The parties' deadlines to complete discovery and the *Daubert* motion briefing schedule are hereby EXTENDED by sixty days. Accordingly, the close of discovery shall be December 1, 2025. *Daubert* motions shall be due December 29, 2025, with oppositions due January 30, 2026, and replies due February 13, 2026. The Clerk of Court is respectfully directed to terminate ECF No. 35.

SO ORDERED.

*Jessica Clarke* (signature)

JESSICA G. L. CLARKE
United States District Judge

Dated: September 17, 2025
       New York, New York