UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUNICE MICHELLE SELLERS,

                              Plaintiff,

            -against-                                    24-CV-1161 (JGLC)

SENSIO, INC.,                                           **ORDER**

                              Defendants.

JESSICA G. L. CLARKE, United States District Judge:

        Per ECF No. 36, discovery in this matter closed on December 1, 2025, and the parties'

deadline to file *Daubert* (and accordingly, dispositive) motions was December 29, 2025.

However, as of today, the parties have yet to file any motions. The parties are ORDERED to file

a joint status letter, updating the Court on the status of settlement discussions and whether the

parties wish to be referred to the District's Mediation Program, no later than **January 7, 2026.**

Dated: January 2, 2026
        New York, New York

                                                SO ORDERED.

                                                _Jessica Clarke_
                                                _____
                                                JESSICA G. L. CLARKE
                                                United States District Judge